**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Joseph Williams Dinkins, Appellant.

Appellate Case No. 2014-001593

_____

Appeal From Orangeburg County
Edgar W. Dickson, Circuit Court Judge

_____

Unpublished Opinion No. 2016-UP-086
Submitted December 1, 2015 – Filed February 24, 2016

_____

**APPEAL DISMISSED**

_____

Appellate Defender John Harrison Strom, of Columbia;
and Joseph Williams Dinkins, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Interim
Senior Assistant Deputy Attorney General John
Benjamin Aplin, both of Columbia; and Solicitor David
Michael Pascoe, Jr., of Orangeburg, for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.